## A11A2322. THE STATE v. HIPP.
### (758 SE2d 336)

MILLER, Judge.

In *Hipp v. State*, 293 Ga. 415 (746 SE2d 95) (2013), the Supreme Court of Georgia reversed this Court's opinion in *State v. Hipp*, 314 Ga. App. 520 (724 SE2d 825) (2012). We therefore vacate our earlier opinion, adopt the opinion of the Supreme Court as our own, and affirm the trial court's judgment.

*Judgment affirmed. Ellington, P. J., and Doyle, P. J., concur.*

DECIDED MAY 5, 2014.

*W. Jeffrey Langley, District Attorney, Jeremy D. Clough, Assistant District Attorney*, for appellant.

*Jeffrey L. Wolff*, for appellee.